COMMONWEALTH OF KENTUCKY
14th JUDICIAL CIRCUIT
WOODFORD CIRCUIT COURT
DIVISION ___
CIVIL ACTION NO: 20-CI-_____

ROBIN BENNETT　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

vs.　　　　　　　　**VERIFIED COMPLAINT**

HYUNDAI MOTOR AMERICA, A Foreign Corporation　　　　DEFENDANT
Doing Business in the State of Kentucky

   C/O   National Registered Agents, Inc.
         306 W. Main Street, Suite 512
         Frankfort, Kentucky 40601

      Comes Robin Bennett, by counsel, and for her complaint against the named Defendant states and alleges as follows:

1. Plaintiff Robin Bennett (hereinafter Bennett) is, and at all relevant times to this complaint, an individual citizen and resident of Woodford County, Kentucky.

2. Defendant Hyundai Motor America (hereinafter Hyundai) is a foreign corporation doing business in the state of Kentucky, with its principal place of business located at 10550 Talbert Avenue, Fountain Valley, California 92708.

3. On or about September 22, 2019 in Woodford County, Kentucky, Plaintiff was involved in an automobile accident with another vehicle while operating her 2018 Hyundai Santa Fe.

4. Said vehicle was manufactured by Defendant Hyundai less than eight (8) years prior to September 22, 2019.

5. Plaintiff made no alterations or modifications to the 2018 Hyundai Santa Fe that she purchased from an authorized dealership of Defendant and was operating on the day of the accident.

6. Upon Information and belief, the 2018 Hyundai Sante Fe was sold to Plaintiff in a defective condition unreasonably dangerous to Plaintiff.

7. The negligence and carelessness of the Defendant Hyundai by and through their agents, servants, employees and/or ostensible or apparent agents, servants and/or employees in negligently selecting and/or installing parts of the 2018 Hyundai Santa Fe were substantial factors directly and proximately causing the serious injuries and damages suffered by Plaintiff as described herein.

8. Defendant Hyundai's 2018 Hyundai Santa Fe was either defectively manufactured or defectively designed inasmuch as it had inadequate safety measures to prevent the Plaintiff from being slammed into the dash and suffering internal injuries from the seat belt during a head on collision.

9. The 2018 Santa Fe, created such a risk of injury that an ordinary prudent company engaged in the manufacture of automobiles would not have put this automobile on the market.

10. Defendant Hyundai had a duty to warn Bennett of the dangers of operating the 2018 Hyundai Santa Fe in the manner she so operated it.

11. Plaintiff's use of the automobile was intended and foreseeable by Defendant Hyundai.

12. Defendant Hyundai is strictly liable under Kentucky Law for the 2018 Hyundai Santa Fe that was sold to Defendant Bennett in a defective condition unreasonably dangerous to Plaintiff.

13. Defendant Hyundai negligently designed the 2018 Santa Fe that was operated by Plaintiff.

14. Defendant Hyundai failed to adequately test its product, and specifically the seat belts, before placing same on the market.

15. As a direct and proximate result of the wrongful conduct of the Defendant Hyundai by and through its agents, servants and/or employees and/or ostensible and/or apparent agents, servants and employees, the Plaintiff has suffered serious personal injuries; including pain and suffering has incurred lost wages; medical expenses, and the reduction of her ability to labor and earn money.

16. Plaintiff is entitled to recover from the Defendant Hyundai damages for lost wages, destruction of earning capacity, past medical bills, past pain and suffering, mental anguish, current and future medical bills, loss of consortium and current pain and suffering. Plaintiff is permanently diabled.

Wherefore, Plaintiff demands the following relief:

1. A trial by jury of all issues so triable;

2. Judgment in favor of Plaintiff and against the Defendant finally adjudicating the Defendant liable to Plaintiff for the Defendant's tortious actions;

3. Judgment in favor of Plaintiff against the Defendant for payment of monetary damages to compensate Plaintiff for the losses suffered, including but not limited to those enumerated above;

4. Judgment in favor of Plaintiff providing for punitive damages against the Defendant Hyundai Motor America for the gross negligence and/or their willful acts resulting in loss to the Plaintiff;

5. An award of Plaintiff's reasonable attorney's fees and costs incurred herein on behalf of the Plaintiff Bennett;

6. An award of prejudgment interest; and

7. Any and all other relief to which plaintiff may appear entitled.

VERIFICATION

I, Robin Bennett, as Plaintiff, affirm that the statements contained in this Complaint are true and accurate to the very best of my knowledge and belief.

_____
ROBIN BENNETT

COMMONWEALTH OF KENTUCKY
COUNTY OF MARION

Subscribed and sworn to before me by ROBIN BENNETT, this 21st day of September, 2020.

_____
NOTARY PUBLIC, State at Large
Notary ID#: 57851
My Commission Expires: May 21, 2021

## RULE 11 CERTIFICATION

I hereby certify that this complaint was this 21st day of September, 2020, prepared by me in reliance upon the facts made known to me by the Plaintiff and that a true and accurate original bearing signatures of the parties was deposited with the Clerk of the Woodford Circuit Court to commence this legal action for the purposes stated therein, together with a copy for service upon the named Defendant.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DAWN L. MCCAULEY
　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　144 West Main Street
　　　　　　　　　　　　　　　　　Lebanon, KY 40033
　　　　　　　　　　　　　　　　　(270) 692-0684
　　　　　　　　　　　　　　　　　(270) 692-0784 Facsimile
　　　　　　　　　　　　　　　　　Attorney for Plaintiff